AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DANNY AVILA, Relator,<br>*Plaintiff*<br>v.<br>SUNRHYS, LLC, a Washington Limited Liability Company,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  4:21-CV-5013-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(i) and the Plaintiffs' Notice of Partial Dismissal, Claim 1 (the False Claims Act allegations) is DISMISSED with prejudice as to Relator and with prejudice as to the United States to the extent of the Covered Conduct as that term is defined in the Settlement Agreement, and otherwise without prejudice as to the United States only.  The remaining two state law claims are DISMISSED without prejudice and with leave to re-file in state court pursuant to 28 U.S.C. § 1367(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
    on Plaintiffs' Notice of Partial Dismissal and Request to Unseal.  ECF No. 8.

Date:  August 4, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen