AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA,
ex rel. DANNY AVILA, Relator,

*Plaintiff*

v.

SUNRHYS, LLC, a Washington Limited Liability Company,

*Defendant*

Civil Action No.  4:21-CV-5013-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff Avila's Counsel the Northwest Justice Project is awarded $9,483.33 in attorneys' fees and $507.40 in costs for a total amount of $9,990.73 payable by Defendant Sunrhys LLC pursuant to 31 U.S.C. § 3730(d)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
on Plaintiff Avila's Motion for Attorney Fee and Costs. (ECF No. 11).

Date:  September 20, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry